

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 JUN -9 AM 10: 34

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION-DAYTON

Joshua S. McClain

2352 Miami Village Dr.                          :       Case no. 3:15-cv-91

Miamisburg, OH 45342
    Plaintiff                              :
-v-

TRANSWORLD SYSTEMS                              :       Judge Walter H. Rice

2235 Mercury Way Suite 275                      :       Magistrate Judge Sharon L. Ovington

Santa Rosa, CA 95407

    Defendant(s)
                                                :

## NOTICE OF DISMISSAL, WITH PREJUDICE

The court is being noticed that the above matter has been settled; therefore the Plaintiff moves for dismissal, with prejudice pursuant to Rule 41(A).

Respectfully submitted this 9th day of, June 2015

_____

Joshua S. McClain
2352 Miami Village Dr.
937.396.9587